■ In the Matter of EDWARD GORDON et al., Appellants, v. PAUL D. McGINNIS, as Commissioner of Correction, Respondent.— Motion for leave to dispense with printing and for assignment of counsel granted to the extent of dispensing with printing, and otherwise denied. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed

to file five copies of his brief and to serve one copy on the Attorney-General. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.